1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13

14
   UNITED STATES OF AMERICA,          )      No.  3-07-70658 BZ
15                                     )
              Plaintiff,               )      STIPULATION AND [PROPOSED]
16                                     )      ORDER RE CONTINUING HEARING
         v.                            )
17                                     )
   DONALD BRENT ROMANO,                )
18                                     )
              Defendant.               )
19  _____)

20

21        The above-captioned matter is set before the Court for preliminary hearing on November

22  27, 2007.  The defendant is represented by Daniel Blank, Esq., and the government is represented

23  by Jeffrey Finigan, Assistant United States Attorney.  Mr. Blank is still in the process of

24  reviewing voluminous discovery recently produced by the government and the parties are

25  discussing a potential pre-indictment resolution of the case.  Accordingly, the parties stipulate

26  and respectfully request that the Court continue the current status conference to December 11,

27  2007, at 9:30 a.m. for preliminary hearing.

28        The parties also hereby agree to and request that an exclusion of time until December 11,

Stipulation to Continue Hearing
3-07-70658 BZ

1  2007, be granted.  The parties agree and stipulate that the additional time is appropriate and

2  necessary under Rule 5.1(d) and Title 18, United States Code, § 3161(h)(8)(A), because the ends

3  of justice served by this continuance outweigh the best interest of the public and the defendant in

4  a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into

5  account the exercise of due diligence, and will provide for continuity of counsel for the

6  defendant.

7

8  DATED: November 20, 2007                          _____/s/_____
                                                     DANIEL BLANK
9                                                    Counsel for Donald Brent Romano

10

11

12  DATED:  November 20, 2007                         _____/s/_____
                                                     JEFFREY R. FINIGAN
13                                                   Assistant U.S. Attorney

14

15                                **ORDER**

16          Based upon the foregoing request, the Court hereby **ORDERS** that this matter is

17  continued to December 11, 2007 at 9:30 and that time is excluded for the reasons and on the bass

18  set forth herein.

19  DATED:                                            _____

20                                                   BERNARD ZIMMERMAN
                                                     UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

Stipulation to Continue Hearing
3-07-70658 BZ                              2