1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7232
      Facsimile: (415) 436-7234
8     Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

10
                          UNITED STATES DISTRICT COURT
11
                         NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,          )    No. 3-07-70658 BZ
15                                    )
         Plaintiff,                   )    STIPULATION AND [PROPOSED]
16                                    )    ORDER RE CONTINUING HEARING
      v.                              )
17                                    )
   DONALD BRENT ROMANO,               )
18                                    )
         Defendant.                   )
19 _____)

20

21     The above-captioned matter is set before the Court for preliminary hearing on November

22 27, 2007.  The defendant is represented by Daniel Blank, Esq., and the government is

23 represented by Jeffrey Finigan, Assistant United States Attorney.  Mr. Blank is still in the

24 process of reviewing voluminous discovery recently produced by the government and the parties

25 are discussing a potential pre-indictment resolution of the case.  Accordingly, the parties

26 stipulate and respectfully request that the Court continue the current status conference to

27 December 11, 2007, at 9:30 a.m. for preliminary hearing.

28     The parties also hereby agree to and request that an exclusion of time until December 11,

Stipulation to Continue Hearing
3-07-70658 BZ

1  2007, be granted.  The parties agree and stipulate that the additional time is appropriate and
2  necessary under Rule 5.1(d) and Title 18, United States Code, § 3161(h)(8)(A), because the ends
3  of justice served by this continuance outweigh the best interest of the public and the defendant in
4  a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into
5  account the exercise of due diligence, and will provide for continuity of counsel for the
6  defendant.

8  DATED: November 20, 2007          /s/
                                    DANIEL BLANK
9                                   Counsel for Donald Brent Romano

12 DATED:  November 20, 2007         /s/
                                    JEFFREY R. FINIGAN
                                    Assistant U.S. Attorney

**ORDER**

Based upon the foregoing request, the Court hereby **ORDERS** that this matter is continued to December 11, 2007 at 9:30 and that time is excluded for the reasons and on the bass set forth herein.

DATED:  November 21, 2007          *[signature]*
                                   BERNARD ZIMMERMAN
                                   UNITED STATES MAGISTRATE JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Bernard Zimmerman]*

Stipulation to Continue Hearing
3-07-70658 BZ                               2