PROPOSED ORDER/COVER SHEET

TO: Honorable Bernard Zimmerman                        RE: ROMANO, DONALD B.
   U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief                      DOCKET NO.: 3-07-70685 BZ
   U.S. Pretrial Services Officer

DATE: December 4, 2007

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

  Taifa M. Gaskins            510-637-3750
  Program Development Specialist       TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☑ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _Dec 12_ at _1:30 pm_.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s)

A.

B.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_Please provide a copy to counsel,_
_if you haven't already_

_____     _5 Dec 07_
JUDICIAL OFFICER             DATE