1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  JEFFREY R. FINIGAN (CASBN 168285)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-7232
   Facsimile: (415) 436-7234
8  Email: jeffrey.finigan@usdoj.gov

9  Attorneys for Plaintiff

**FILED**
DEC 1 1 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. 3-07-70658 BZ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE CONTINUING HEARING |
| v. | ) | |
| DONALD BRENT ROMANO, | ) | |
| Defendant. | ) | |

The above-captioned matter is set before the Court for preliminary hearing on December 11, 2007. The defendant is represented by Daniel Blank, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney. Mr. Blank is still in the process of reviewing voluminous discovery recently produced by the government and the parties are discussing a potential pre-indictment resolution of the case. Accordingly, the parties stipulate and respectfully request that the Court continue the current status conference to December 18, 2007, at 9:30 a.m. for preliminary hearing.

The parties also hereby agree to and request that an exclusion of time until December 18, 2007, be granted. The parties agree and stipulate that the additional time is appropriate and

Stipulation to Continue Hearing
3-07-70658 BZ

1   necessary under Rule 5.1(d) and Title 18, United States Code, § 3161(h)(8)(A), because the ends
2   of justice served by this continuance outweigh the best interest of the public and the defendant in
3   a speedy trial.  This time exclusion will allow defense counsel to effectively prepare, taking into
4   account the exercise of due diligence, and will provide for continuity of counsel for the
5   defendant.

7   DATED: December 10, 2007           /S/ Daniel Blank
                                        DANIEL BLANK
8                                       Counsel for Donald Brent Romano

10  DATED:  December 7, 2007           /S/ Jeffrey R. Finigan
11                                      JEFFREY R. FINIGAN
                                        Assistant U.S. Attorney

14                                  **ORDER**

15       Based upon the foregoing request, the Court hereby **ORDERS** that this matter is
16  continued to December 18, 2007 at 9:30 and that time is excluded for the reasons and on the
17  bases set forth herein.

20  DATED: 12/11/07
                                        MARIA-ELENA JAMES
21                                      UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Hearing
3-07-70658 BZ                           2