1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10                              SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,           )   No.
                                         )
13 |        Plaintiff,                   )   VIOLATION: Title 18, United States Code,
                                         )   Sections 1341 & 1346 – Mail Fraud
14 |    v.                               )
                                         )
15 |                                     )   SAN FRANCISCO VENUE
   DONALD BRENT ROMANO,                  )
16 |                                     )
                                         )
17 |        Defendant.                   )
                                         )
18
19                                 INFORMATION
20  The United States Attorney charges:
21  COUNT ONE:   (18 U.S.C. §§ 1341 and 1346 – Mail Fraud)
22       At all times relevant to this information:
23                                 BACKGROUND
24       1.     The defendant, DONALD BRENT ROMANO, was employed as a Controller and
25  Chief Financial Officer ("CFO") at Friedkin Realty Group in San Francisco, California. While
26  ROMANO was so employed at Friedkin, Friedkin had a right to ROMANO's honest services as
27  its employee.
28       2.     Friedkin was a real estate and property management company located in San

INFORMATION

Francisco with a twofold business: (1) it managed residential properties (e.g. apartment complexes) for its own investors; and (2) it managed properties for third-party owners.

3. As part of his employment, ROMANO had access to and control over Friedkin's financial assets and records, including its checks and bank statements. ROMANO had the authority to write checks and make wire transfers of Friedkin funds for legitimate business purposes.

SCHEME TO DEFRAUD

4. Beginning no later than January 1994 and continuing on a regular basis through approximately December 2005, in the Northern District of California, the defendant,

DONALD BRENT ROMANO,

did knowingly execute and attempt to execute a scheme and artifice to defraud Friedkin by depriving Friedkin of its intangible right to his honest services.

5. In furtherance of and to execute this fraudulent scheme and artifice, the defendant took the following steps, among others:

A. ROMANO wrote checks against Friedkin accounts and made wire transfers from Friedkin accounts in order to transfer money into his own personal accounts, or to accounts under his control, or to pay for personal expenses. These transfers of Friedkin's assets had nothing to do with the payment of legitimate Friedkin expenses and were made solely for Romano's personal benefit.

B. ROMANO concealed his scheme from Friedkin by misrepresenting entries in various financial records. For example, ROMANO wrote checks made payable to himself and then recorded the check in Friedkin's records as a payment for "computer equipment." ROMANO was able to conceal his scheme by exercising control over the review of Friedkin's financial records.

C. Between January 1, 1994, and December 6, 2005, ROMANO transferred approximately $5,000,000 in funds from the Friedkin Realty office expense account to his own accounts, or in the form of payments directly to his creditors. Some of the personal expenditures ROMANO covered with Friedkin funds included credit card bills, property taxes, and monthly

1  expenses such as his cable television bill.

## USE OF THE MAILS

6. On or about November 28, 2005, as part of and in furtherance of ROMANO's scheme to defraud Friedkin of its right to his honest services, ROMANO wrote check number #109 from the Friedkin Realty office expense account to American Express for $23,377.33. The check was used to pay ROMANO's personal American Express account number 3713-875365-35000 and had nothing to do with legitimate Friedkin business. For the purpose of executing the scheme to defraud Friedkin, ROMANO knowingly caused check #109 to be delivered by United States mail to the American Express payment center in Los Angeles, California.

All in violation of Title 18, United States Code, Sections 1341 and 1346.

DATED:
12-14-07

SCOTT N. SCHOOLS
United States Attorney

_____
BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____ )
AUSA Finigan

INFORMATION                                3