SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California  94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>    Plaintiff,  )<br>            )<br>    v.       )<br>            )<br>            )<br>DONALD BRENT ROMANO,  )<br>            )<br>    Defendant.  )<br>_____) | Criminal No. CR 07-0798 MHP<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on December 18, 2007, for initial appearance.  The defendant was represented by Eric Hairston, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney.  The matter was continued to January 7, 2008, at 10:00 a.m. before the Honorable Marilyn Hall Patel, United States District Court Judge for initial appearance.

The Court made a finding that the time from and including December 18, 2007, through January 7, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0798 MHP

because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. The finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until January 7, 2008, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A), because the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: December 18, 2007                    /s/
                                            DANIEL BLANK
                                            Counsel for Donald Brent Romano


DATED: December 18, 2007                    /s/
                                            JEFFREY FINIGAN
                                            Assistant U.S. Attorney

So ordered.

DATED:                                      _____
                                            MARIA-ELENA JAMES
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0798 MHP                  2