SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7232
Facsimile: (415) 436-7234
Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD BRENT ROMANO, ) <br> ) <br> Defendant. ) | Criminal No. CR 07-0798 MHP <br><br> **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME** |

The above-captioned matter came before the Court on December 18, 2007, for initial appearance. The defendant was represented by Eric Hairston, Esq., and the government was represented by Jeffrey Finigan, Assistant United States Attorney. The matter was continued to January 7, 2008, at 10:00 a.m. before the Honorable Marilyn Hall Patel, United States District Court Judge for initial appearance.

The Court made a finding that the time from and including December 18, 2007, through January 7, 2008, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0798 MHP

1  because the ends of justice served by taking such action outweighed the best interest of the public
2  and the defendant in a speedy trial. The finding was based on the need for the defendant to have
3  reasonable time necessary for effective preparation, taking into account the exercise of due
4  diligence, and continuity of counsel pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).
5      The parties hereby agree to and request that the case be continued until January 7, 2008,
6  and that the exclusion of time until then be granted. The parties agree and stipulate that the
7  additional time is appropriate and necessary under Title 18, United States Code, § 3161(h)(8)(A),
8  because the ends of justice served by this continuance outweigh the best interest of the public and
9  the defendant in a speedy trial.

11 DATED: December 18, 2007         /s/
                                    DANIEL BLANK
12                                  Counsel for Donald Brent Romano

14 DATED: December 18, 2007         /s/
                                    JEFFREY FINIGAN
15                                  Assistant U.S. Attorney

17 So ordered.
18 DATED: 12/19/07
                                    MARIA-ELENA JAMES
19                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 07-0798 MHP                      2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the office of the United States Attorney, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned certifies that he caused copies of

**STIPULATION AND ORDER EXCLUDING TIME**

in the case of <u>U.S. v. DONALD BRENT ROMANO</u>, No. CR-07-0798 MHP to be served on the parties in this action, addressed as follows which are the last known addresses:

**Daniel Paul Blank**
Federal Public Defender's Office
450 Golden Gate Ave., 19th Floor
San Francisco, CA 94102

__X__ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

____ (By Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

____ (By Fed Ex), I caused each such envelope to be delivered by FED EX to the address listed above.

I declare under penalty of perjury that the foregoing is true and correct.

December 20, 2007

_____
WILSON WONG
United States Attorney's Office