UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: January 7, 2008

Case No.  CR 07-0798 MHP           Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- DONALD ROMANO (b)

Attorneys:   Plf: Jeffrey Finigan
             Dft: Daniel Blank

Deputy Clerk: Anthony Bowser   Court Reporter: Lydia Zinn

**PROCEEDINGS**

1) Trial Setting/Change of Plea Hearing

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in court; Defendant advised of rights and charges, and waives further hearing; Defendant enters a guilty plea to count one of the information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 4/7/2008 at 9:00 am;