BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROMANO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR-07 - 798 MHP |
|                                ) | |
| Plaintiff,                     ) | **STIPULATION AND ORDER** |
|                                ) | **CONTINUING SENTENCING** |
| vs.                            ) | **DATE** |
|                                ) | |
| DONALD BRENT ROMANO,           ) | |
|                                ) | |
| Defendant.                     ) | |
| _____  ) | |

This case is presently set for sentencing on April 7, 2008. The plea agreement did not contain a specific loss amount, and the loss amount caused by the defendant's actions is presently being litigated in a civil action. Although the parties hope that the civil action will result in a mutually agreed-upon loss amount, it may well be that the defendant will have to retain the services of an expert to determine the final figure to be used for both the guideline calculations and restitution.

After having discussed this issue with the Probation Officer and Government counsel, defense counsel has reached an agreement with all parties that the sentencing in this matter be continued until June 9, 2008 so that a loss amount can be determined, thereby avoiding a protracted sentencing hearing before this Court.

STIPULATION                               1

1    It is therefore STIPULATED that the sentencing in this matter be continued from April 7, 2008 to June 9, 2008 at 9:00 a.m.

Date:  03/06/08                               _____/s/_____
                                              Geoffrey A. Hansen
`                                             Counsel for Donald Romano

Date:  03/06/08                               _____/s/_____
                                              Jeffrey R. Finnigan
                                              Assistant United States Attorney

**It Is So Ordered.**                         _____
                                              Marilyn Hall Patel
                                              United States District Court Judge

STIPULATION                                   2