1 │ BARRY J. PORTMAN
Federal Public Defender
2 │ GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender
3 │ 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 │ San Francisco, CA 94102
Telephone:  (415) 436-7700
5 │
Counsel for Defendant ROMANO
6 │
7 │
8 │                IN THE UNITED STATES DISTRICT COURT
9 │              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10 │
11 │ UNITED STATES OF AMERICA,            )        No. CR-07 - 798 MHP
                                         )
12 │             Plaintiff,              )        **AMENDED STIPULATION AND**
                                         )        **ORDER CONTINUING SENTENCING**
13 │ vs.                                 )        **DATE**
                                         )
14 │ DONALD BRENT ROMANO,                )
                                         )
15 │             Defendant.              )
     _____)
16 │

17 │        This case is presently set for sentencing on April 7, 2008.  The plea agreement did not

18 │ contain a specific loss amount, and the loss amount caused by the defendant's actions is presently

19 │ being litigated in a civil action.  Although the parties hope that the civil action will result in a

20 │ mutually agreed-upon loss amount, it may well be that the defendant will have to retain the

21 │ services of an expert to determine the final figure to be used for both the guideline calculations

22 │ and restitution.

23 │        After having discussed this issue with the Probation Officer and Government counsel,

24 │ defense counsel has reached an agreement with all parties that the sentencing in this matter be

25 │ continued until June 9, 2008 so that a loss amount can be determined, thereby avoiding a

26 │ protracted sentencing hearing before this Court.

STIPULATION                              1

1         It is therefore STIPULATED that the sentencing in this matter be continued from April 7,

2     2008 to June 9, 2008 at 9:00 a.m.

3

4         Date:   03/06/08                                         _____/s/_____
                                                                                     Geoffrey A. Hansen
5     `                                                                              Counsel for Donald Romano

6         Date:   03/06/08                                         _____/s/_____
                                                                                     Jeffrey R. Finnigan
7                                                                                    Assistant United States Attorney

8

**It Is So Ordered.  The disclosure of the presentence report shall be in compliance with this**
9     **amended sentencing schedule.**

10                                                                _____
                                                                   Marilyn Hall Patel
11                                                                 United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION                                              2