1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant ROMANO
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. CR-07 - 798 MHP
                                     )
12              Plaintiff,           )   **AMENDED STIPULATION AND**
                                     )   **ORDER CONTINUING SENTENCING**
13  vs.                              )   **DATE**
                                     )
14  DONALD BRENT ROMANO,             )
                                     )
15              Defendant.           )
    _____)
16

17       This case is presently set for sentencing on April 7, 2008. The plea agreement did not

18  contain a specific loss amount, and the loss amount caused by the defendant's actions is presently

19  being litigated in a civil action. Although the parties hope that the civil action will result in a

20  mutually agreed-upon loss amount, it may well be that the defendant will have to retain the

21  services of an expert to determine the final figure to be used for both the guideline calculations

22  and restitution.

23       After having discussed this issue with the Probation Officer and Government counsel,

24  defense counsel has reached an agreement with all parties that the sentencing in this matter be

25  continued until June 9, 2008 so that a loss amount can be determined, thereby avoiding a

26  protracted sentencing hearing before this Court.

STIPULATION                              1

1    It is therefore STIPULATED that the sentencing in this matter be continued from April 7,
2  2008 to June 9, 2008 at 9:00 a.m.

4  Date:  03/06/08                                    _____/s/_____
                                                      Geoffrey A. Hansen
5  `                                                  Counsel for Donald Romano

6  Date:  03/06/08                                    _____/s/_____
                                                      Jeffrey R. Finnigan
7                                                     Assistant United States Attorney

**It Is So Ordered.  The disclosure of the presentence report shall be in compliance with this
amended sentencing schedule.**

                                                      _____
                                                      Marilyn Hall Patel
                                                      United States District C

12                3/7/2008                            IT IS SO ORDERED
                                                      Judge Marilyn H. Patel

STIPULATION                                    2