```
 1  JOSEPH P. RUSSONIELLO (CASBN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CASBN 163973)
 3  Chief, Criminal Division

 4  JEFFREY R. FINIGAN (CASBN 168285)
    Assistant United States Attorney
 5

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 7     Telephone: (415) 436-7232
       Facsimile: (415) 436-7234
 8     Email: jeffrey.finigan@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 07-0798 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER RE CONTINUING HEARING |
| v. ) | |
| ) | |
| DONALD BRENT ROMANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The above-captioned matter is set before the Court for sentencing on June 9, 2008. The defendant is represented by Geoffrey Hansen, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney. Mr. Finigan is currently in trial before the Honorable Susan Illston, District Court Judge, in the case of <u>United States v. Trevor Graham</u>, No. CR 06-0725 SI. That trial began on May 19, 2008, and is expected to last through the week of May 26, 2008. Due to preparation for that trial and being trial, Mr. Finigan has not had time to review the preliminary sentencing report and will not have time to do so and prepare a sentencing memorandum in sufficient time prior to the current sentencing date of June 9, 2008.

Stipulation to Continue Hearing
No. 07-0798 MHP

1  Accordingly, the parties stipulate and respectfully request that the Court continue the sentencing
2  date to July 21, 2008, at 9:00 a.m.

4  DATED: May 23, 2008              /s/
                                    GEOFFREY HANSEN
5                                   Counsel for Donald Brent Romano

7
8  DATED:  May 23, 2008             /s/
                                    JEFFREY R. FINIGAN
                                    Assistant U.S. Attorney

11                                **ORDER**

12     Based upon the foregoing request, the Court hereby **ORDERS** that sentencing in this
13  matter is continued to July 21, 2008 at 9:00 a.m.

15  DATED:
                                    MARILYN HALL PATEL
16                                  UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Hearing
No. 07-0798 MHP                     2