JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JEFFREY R. FINIGAN (CASBN 168285)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7232
    Facsimile: (415) 436-7234
    Email: jeffrey.finigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DONALD BRENT ROMANO,<br><br>    Defendant. | No. 07-0798 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE CONTINUING HEARING |

    The above-captioned matter is set before the Court for sentencing on June 9, 2008. The defendant is represented by Geoffrey Hansen, Esq., and the government is represented by Jeffrey Finigan, Assistant United States Attorney. Mr. Finigan is currently in trial before the Honorable Susan Illston, District Court Judge, in the case of United States v. Trevor Graham, No. CR 06-0725 SI. That trial began on May 19, 2008, and is expected to last through the week of May 26, 2008. Due to preparation for that trial and being trial, Mr. Finigan has not had time to review the preliminary sentencing report and will not have time to do so and prepare a sentencing memorandum in sufficient time prior to the current sentencing date of June 9, 2008.

Stipulation to Continue Hearing
No. 07-0798 MHP

Accordingly, the parties stipulate and respectfully request that the Court continue the sentencing date to July 21, 2008, at 9:00 a.m.

DATED: May 23, 2008

/s/
GEOFFREY HANSEN
Counsel for Donald Brent Romano

DATED:  May 23, 2008

/s/
JEFFREY R. FINIGAN
Assistant U.S. Attorney

**ORDER**

Based upon the foregoing request, the Court hereby **ORDERS** that sentencing in this matter is continued to July 21, 2008 at 9:00 a.m.

DATED:  5/28/2008

MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Marilyn H. Patel

Stipulation to Continue Hearing
No. 07-0798 MHP                                    2