**FILED**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JUL 22 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.    CR 07-0798  MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- DONALD ROMANO (b)

Attorneys:    Plf: Jeffrey Finigan
              Dft: Geoff Hansen

Deputy Clerk: Anthony Bowser  Court Reporter: Jim Yeomans

## PROCEEDINGS

1) Judgment & Sentencing _____

2) _____

3) _____

## ORDERED AFTER HEARING:

Defendant present in court; Counsel submit after further discussion of Presentence Report; Court adopts findings of fact and guideline calculations; Court grants downward departure (age and other factors): Defendant sentenced as follows:

Custody of BOP for a period of 41 months; TSR of 3 years with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; SA of $100, to be paid from IFRF; $600,000 restitution, to be paid from the IFRF, with remaining balance to be paid at $100/month as determined appropriate by USPO, and will stand as a judgment.0

Court recommends placement of defendant near family residence; Self Surrender granted within 30 days (8/21/2008) or upon designation of facility; Remaining counts if any are dismissed;